FILED - GR
August 11, 2025 1:29 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: /jm / 8/m

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Fredrick L. Buford #179711

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

1:25-cv-922
Jane Beckering- U.S. District Judge
Sally Berens - U.S Magistrate

v.

Jeffrey S. Getting, Prosecutor and Assistant Prosecutors - Office of the Prosecuting Attorney
330 Eleanor Street
Kalamazoo, MI. 49007

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
(Print Clearly)

I. **Previous Lawsuits**

   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐   No ☑

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
   N/A

   2. Is the action still pending?   Yes ☐   No ☑
      a. If your answer was no, state precisely how the action was resolved: N/A

   3. Did you appeal the decision?   Yes ☐   No ☑
   4. Is the appeal still pending?   Yes ☐   No ☑
      a. If not pending, what was the decision on appeal? N/A

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐   No ☑
      a. If so, explain: N/A

(W.D. Mich. Form – Last Revised: September 2021)

II. **Parties**

   A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff: Fredrick Ledell Buford #028257 jail ID
Place of Present Confinement: Kalamazoo County Jail
Address: 1500 Lamont St. Kalamazoo, MI. 49048
Place of Confinement During Events Described in Complaint: Was not confined

   B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1: Jeffrey S. Getting
Position or Title: Prosecutor
Place of Employment: Kalamazoo City and County
Address: 330 Eleanor St, Kalamazoo, MI. 49007
Official and/or personal capacity? Chief Prosecutor

Name of Defendant #2: Office of the Prosecuting Attorney
Position or Title: Assistant Prosecutors
Place of Employment: Kalamazoo City and County
Address: 330 Eleanor St, Kalamazoo, MI. 49007
Official and/or personal capacity? Assistants prosecutors

Name of Defendant #3: _____
Position or Title: _____
Place of Employment: _____
Address: _____
Official and/or personal capacity? _____

Name of Defendant #4: _____
Position or Title: _____
Place of Employment: _____
Address: _____
Official and/or personal capacity? _____

Name of Defendant #5: _____
Position or Title: _____
Place of Employment: _____
Address: _____
Official and/or personal capacity? _____

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

On May 4th, 2024 I was near fatally beaten with an exhaust straight pipe used as a weapon. My attacker was Travon Ahmarie Trenton Blakely at 830 West Main street in Kalamazoo, MI. Unbelievably I ran to the Citgo gas station where I passed out from lost of blood. The attendant at the gas station called an ambulance which took me to Bronson Hospital Emergency. At the hospital I was placed in a neck brace, given 26 stitches on the left side of my forehead, and 14 or 15 staples in the top and back of my head. Both my eyes and nose was swollen from being hit more than 10 blows upon my head. My eyes were swollen shut leaving me blind for 8 days. My sisters daughter feared for my life and rescued me from Bronson E.R. She knows that someone can easily come to a hospital and finish killing someone. I finally began to heal and see again about 10 days later. Upon the day of my return to get staples and stitches out Travon Ahmarie Trenton Blakely walked right up to me and asked, "You good?" Prosecutor's female Assistant I talked to about this encounter said, "I'm going to re-issue another warrant" due to my injuries. Travon Blakely sadly was arrested again this time for the alleged murder of his stepdad... All within less than two months these events occured...

IV. **Relief**

State briefly and precisely what you want the court to do for you.

To prevent Prosecutors negligence and lack of concern for anyone which can cause death. To award me $66,000,000 for pain and suffering and therapy with plastic surgeries I will need in the expectancy of my years left. To afford being able to relocate and change my name being labeled now a "snitch." Also to remove all criminal prosecution occurring after my assault.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

[X] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

[ ] I request that this case be assigned to a district judge.

July 30, 2025
Date

Fredrick J. Buford
Signature of Plaintiff

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

- 5 -

(W.D. Mich. Form – Last Revised: September 2021)

Fredrick L. Buford #179711
1500 Lamont St.
Kalamazoo, MI.
49048



U.S. District Court
399 Federal Building
110 Michigan St. NW
Grand Rapids, MI.
49503